**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>D. GREGOIRE, et al.,<br><br>　　　　　　　　　Defendants. | 3:22-cv-00095-ART-CSD<br><br>**ORDER RE: SERVICE OF PROCESS** |

　　　The Office of the Attorney General did not accept service of process on behalf of Defendant Christopher Cornfield, who is no longer an employee of the Nevada Department of Corrections. (ECF No. 11.) However, the Attorney General has filed the last known address of the Defendant under seal. (ECF No. 12.)

　　　The Clerk shall ISSUE a summons for Christopher Cornfield and send the same to the U.S. Marshal with the address provided under seal. (ECF No. 12.) The Clerk shall also SEND sufficient copies of the Complaint (ECF No. 6), the court's Screening Order (ECF No. 5), and this order to the U.S. Marshal for service on the Defendant.  The court will separately provide to the U.S. Marshal the completed USM-285 form for the Defendant.

　　　**IT IS SO ORDERED.**

　　　DATED:  September 8, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1