# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>       Plaintiff,<br><br>v.<br><br>D. GREGOIRE, *et al.*,<br><br>       Defendants. | 3:22-cv-00095-ART-CSD<br><br>**ORDER**<br><br>Re:  ECF Nos. 16, 18 |

  Before the court are Plaintiff's Motion to Clarify Defendants' Names (ECF No. 16) and Request to Order Attorney General's Office to Accept Service for Defendants (ECF No. 18). Plaintiff states that the correct name for Defendant Cornfield is Steven Cornfield and the correct name for Defendant Gregoire is Debra Gregoire. (ECF No. 16 at 1.) Additionally, Plaintiff notes that Defendants Steven Cornfield and Debra Gregoire are represented by the Attorney General's Office in *Johnson v. Cornfield*, Case No. 3:22-cv-00108-MMD-CSD.

  **IT IS HEREBY ORDERED** that the Attorney General's Office shall advise the court **within fifteen (15) days** from the date of this order the court whether it can accept service for Defendants Steven Cornfield and Debra Gregoire in this matter. If the Office cannot accept service, the Office shall file, under seal, but shall not serve the inmate Plaintiff the last known addresses of Defendants Steven Cornfield and Debra Gregoire. If the last known address is a post office box, the Office shall attempt to obtain and provide the last known physical address.

  DATED:  October 5, 2022.



                   UNITED STATES MAGISTRATE JUDGE