UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LAUSTEVION JOHNSON,<br><br>　　　　　　　Plaintiff,<br>v.<br>D. GREGOIRE, et al.,<br>　　　　　　　Defendants. | Case No. 3:22-cv-00095-ART-CSD<br><br>ORDER |

The Complaint in this action was filed on July 26, 2022 (ECF No. 6). The Court issued a notice of intent to dismiss R. Nerson and C. Mahram under Fed. R. Civ. P. 4(m) unless proof of service is filed by March 16, 2023. (ECF No. 42.) To date, no such proof of service has been filed. Furthermore, Mr. Johnson represented to Magistrate Judge Denney he does not intend to serve R. Nerson and C. Mahram (ECF No. 49). Accordingly, it is therefore ordered that the claims against R. Nerson and C. Mahram are dismissed without prejudice.

DATED this 10th day of June 2023.

_____
Anne R. Traum
United States District Court Judge