# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

LAUSTEVEION JOHNSON,

    Plaintiff,

vs.

GREGOIRE, *et al.*,

    Defendants.

Case No. 3:22-cv-00095-ART-CSD

**ORDER GRANTING**

STIPULATION FOR DISMISSAL

Plaintiff, Lausteveion Johnson, in *pro se*, and all Defendants named in this case, by through counsel, Aaron D. Ford, Nevada Attorney General, and Andrew C. Nelson, Deputy Attorney General, hereby stipulate that above-captioned matter should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 5 day of October, 2023.

DATED this 5th day of October, 2023.

LAUSTEVEION JOHNSON
*Plaintiff, pro se*

*/s/Andrew C. Nelson*
ANDREW C. NELSON, Bar No. 15971
Deputy Attorney General
*Attorney for the Defendants*

**IT IS SO ORDERED.**

Anne R. Traum
United States District Judge

DATED: November 16, 2023.